UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Deborah D. Staples,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 21-41801-LSG
JUDGE LISA S. GRETCHKO

## CERTIFICATE OF NO RESPONSE TO TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF MICHIGAN DEPARTMENT OF TREASURY (PACER CLAIM NO. 13-1)

The undersigned certifies that pursuant to E.D. Mich. LBR 9014-1, the Trustee's Objection to the Proof of Claim filed on behalf of Michigan Department Of Treasury (PACER Claim No. 13-1) was served upon the interested parties as they appear on the Proof of Service previously filed, and that no timely written response to the Trustee's Objection has been filed and served on the Trustee prior to seven (7) days before the date set for the hearing on the Objection as set by the Court.

OFFICE OF THE CHAPTER 13 STANDING
TRUSTEE, DAVID WM. RUSKIN

Dated September 24, 2021     \_\_/s/ John P. Kapitan\_\_\_\_
DAVID Wm. RUSKIN (P26803), Trustee
LISA K. MULLEN (P55478), Staff Attorney
JOHN P. KAPITAN (P61901), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755